# EXHIBIT "A"

# GameStop C.A.R.E.S.
# RULES OF DISPUTE RESOLUTION INCLUDING ARBITRATION

## SUMMARY DESCRIPTION

It is our goal that your workplace disputes or claims be handled responsibly and on a prompt basis. In furtherance of this goal, GameStop has established an internal dispute resolution program, GameStop C.A.R.E.S. (Concerned Associates Reaching Equitable Solutions). GameStop C.A.R.E.S. has three steps:

**Step 1.** In Step 1, you are encouraged to take advantage of our Open Door policy and solve problems and disputes informally, through dialog with your supervisor, manager or Human Resources representative. If Step 1 does not resolve your problem to your satisfaction, you must follow the remaining steps of GameStop C.A.R.E.S. until you no longer wish to pursue the dispute, the problem is resolved or a decision is issued by an arbitrator.

**Step 2.** In Step 2, you may obtain review of your dispute through the services of the Human Resources Executive Review Officer (the "ERO"). The role of the ERO is to open lines of communication, review the issues involved and, if there is no mutually agreeable resolution, the ERO will make a decision and convey the decision to you. If your dispute is not resolved to your satisfaction in Step 2, and the issue is a Covered Claim, you must submit the Covered Claim to Step 3, Binding Arbitration, if you wish to pursue it further.

**Step 3.** In Step 3, the Covered Claim is submitted to a neutral arbitrator who will rule on the merits of your Covered Claim. However, once a Notice of Intent to Arbitrate is filed but before you proceed to arbitration, either you or GameStop may refer the dispute to nonbinding mediation. Nonbinding mediation is an attempt by the parties to resolve their dispute with the aid of a neutral third party not employed by GameStop. If nonbinding mediation does not resolve the dispute or if that option is not selected by either party, the arbitrator, following a hearing, will issue a decision that is final and binding on both you and GameStop.

The goal of GameStop C.A.R.E.S. is always to resolve workplace disputes or claims on a fair and prompt basis. GameStop C.A.R.E.S. does not change any substantive rights, but simply moves the venue for the dispute out of the courtroom and into arbitration. GameStop believes that GameStop C.A.R.E.S. will benefit employees and management alike by encouraging prompt, fair and cost-effective solutions to workplace issues.

## SCOPE OF GAMESTOP C.A.R.E.S.

GameStop C.A.R.E.S. covers all GameStop employees in the U.S. and Puerto Rico, including employees of GameStop, Inc., GameStop Texas, L.P. and Sunrise Publications, Inc.

1

These GameStop C.A.R.E.S. Rules of Dispute Resolution (the "Rules") govern procedures for the resolution and arbitration of all workplace disputes or claims. The Rules are a mutual agreement to arbitrate Covered Claims (as defined below). The Company and you agree that the procedures provided in these Rules will be the sole method used to resolve any Covered Claim as of the Effective Date of the Rules, regardless of when the dispute or claim arose. The Company and you agree to accept an arbitrator's award as the final, binding and exclusive determination of all Covered Claims. These Rules do not preclude any employee from filing a charge with a state, local or federal administrative agency such as the Equal Employment Opportunity Commission.

GameStop C.A.R.E.S. is an agreement to arbitrate pursuant to the Federal Arbitration Act, 9 U.S.C. Sections 1-14, or if that Act is held to be inapplicable for any reason, the arbitration law in the state of Texas will apply. The parties acknowledge that the Company is engaged in transactions involving interstate commerce.

NO COVERED CLAIM MAY BE INITIATED OR MAINTAINED ON A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION BASIS EITHER IN COURT OR UNDER THESE RULES, INCLUDING IN ARBITRATION. ANY COVERED CLAIM PURPORTING TO BE BROUGHT AS A CLASS ACTION, COLLECTIVE ACTION OR REPRESENTATIVE ACTION WILL BE DECIDED UNDER THESE RULES AS AN INDIVIDUAL CLAIM. THE EXCLUSIVE PROCEDURE FOR THE RESOLUTION OF ALL CLAIMS THAT MAY OTHERWISE BE BROUGHT ON A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION BASIS, WHETHER PARTICIPATION IS ON AN OPT-IN OR OPT-OUT BASIS, IS THROUGH THESE RULES, INCLUDING FINAL AND BINDING ARBITRATION, ON AN INDIVIDUAL BASIS. A PERSON COVERED BY THESE RULES MAY NOT PARTICIPATE AS A CLASS OR COLLECTIVE ACTION REPRESENTATIVE OR A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION MEMBER OR BE ENTITLED TO A RECOVERY FROM A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION. ANY ISSUE CONCERNING THE VALIDITY OF THIS CLASS ACTION, COLLECTIVE ACTION AND REPRESENTATIVE ACTION WAIVER MUST BE DECIDED BY A COURT, AND AN ARBITRATOR DOES NOT HAVE AUTHORITY TO CONSIDER THE ISSUE OF THE VALIDITY OF THIS WAIVER. IF FOR ANY REASON THIS CLASS, COLLECTIVE AND REPRESENTATIVE ACTION WAIVER IS FOUND TO BE UNENFORCEABLE, THE CLASS, COLLECTIVE OR REPRESENTATIVE CLAIM MAY ONLY BE HEARD IN COURT AND MAY NOT BE ARBITRATED UNDER THESE RULES. AN ARBITRATOR APPOINTED UNDER THESE RULES SHALL NOT CONDUCT A CLASS, OR COLLECTIVE OR REPRESENTATIVE ACTION ARBITRATION AND SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE OF OTHERS IN AN ARBITRATION CONDUCTED UNDER THESE RULES.

If any court of competent jurisdiction declares that any part of GameStop C.A.R.E.S., including these Rules, is invalid, illegal or unenforceable (other than as noted for the class action, collective action and representative action waiver above), such declaration will not effect the legality, validity or enforceability of the remaining parts, and each provision of GameStop C.A.R.E.S. will be valid, legal and enforceable to the fullest extent permitted by law.

Nothing in these Rules changes or in any manner modifies the parties' employment relationship of employment-at-will; that is, the parties can each end the relationship at any

08/07                                                2

time for any reason with or without cause. The Arbitrator has no authority to alter the at-will nature of your employment.

Nothing in these Rules shall prevent either party from seeking injunctive relief from any court of competent jurisdiction in aid of arbitration or to maintain the status quo pending arbitration. Additionally, these Rules do not prevent immediate and temporary injunctive relief in court to prevent violation of contractual non-compete or non-solicitation agreements, or the use or disclosure of trade secrets or confidential information in advance of the arbitration.

GameStop may from time to time modify or discontinue GameStop C.A.R.E.S. by giving covered employees thirty (30) calendar days notice; however, any such modification or rescission shall be applied prospectively only. An employee shall complete the processing of any dispute pending in GameStop C.A.R.E.S. at the time of an announced change, under the terms of the procedure as it existed when the dispute was initially submitted to GameStop C.A.R.E.S.

## WHAT IS A COVERED CLAIM?

Arbitration applies to any "Covered Claim" whether arising before or after the Effective Date of the Rules. A Covered Claim is any claim asserting the violation or infringement of a legally protected right, whether based on statutory or common law, brought by an existing or former employee or job applicant, arising out of or in any way relating to the employee's employment, the terms or conditions of employment, or an application for employment, including the denial of employment, unless specifically excluded as noted in "What is Not a Covered Claim" below. Covered Claims include:

- Discrimination or harassment on the basis of race, sex, religion, national origin, age, disability or other unlawful basis (for example, in some jurisdictions protected categories include sexual orientation, familial status, etc.).

- Retaliation for complaining about discrimination or harassment.

- Violations of any common law or constitutional provision, federal, state, county, municipal or other governmental statute, ordinance, regulation or public policy relating to workplace health and safety, voting, state service letters, minimum wage and overtime, pay days, holiday pay, vacation pay, severance/separation pay, payment at termination.

- Violations of any common law or other constitutional provision, federal, state, county, municipal or other governmental statute, ordinance, regulation or public policy. The following list reflects examples of some, but not all such laws. This list is not intended to be all inclusive but simply representative: Consolidated Omnibus Budget Reconciliation Act (COBRA), Davis Bacon Act, Drug Free Workplace Act of 1988, Electronic Communications Privacy Act of 1986, Employee Polygraph Protection Act of 1988, Fair Credit Reporting Act, Fair Labor Standards Act, Family and Medical Leave Act of 1993, Federal Omnibus Crime Control and Safe Streets Act of 1968, The Hate Crimes Prevention Act of 1999, The Occupational Safety and Health Act, Omnibus Transportation Employee Testing Act of 1991, Privacy Act of 1993, Portal to Portal Act, The Taft-Hartley Act, Veterans Reemployment Rights Act, Worker Adjustment and Retraining Notification Act (WARN).

- Personal injuries except those covered by workers' compensation or those covered by an employee welfare benefit plan, pension plan or retirement plan which are subject to the Employee Retirement Income Security Act of 1974 (ERISA) other than claims for breach of fiduciary duty (which shall be arbitrable).

- Retaliation for filing a protected claim for benefits (such as workers' compensation) or exercising your protected rights under any statute.

- Breach of any express or implied contract, breach of a covenant of good faith and fair dealing, and claims of wrongful termination or constructive discharge.

- Exceptions to the employment-at-will doctrine under applicable law.

- Breach of any common law duty of loyalty, or its equivalent.

- Claims to remedy violation of contractual non-compete or non-solicitation agreements, or the use or disclosure of trade secrets or confidential information (as noted above, these Rules do not prevent either party from seeking immediate and temporary injunctive relief in court in connection with violation of contractual non-compete or non-solicitation agreements or the use or disclosure of trade secrets or confidential information).

- Any common law claim, including but not limited to defamation, tortious interference, intentional infliction of emotional distress or "whistleblowing".

## WHAT IS NOT A COVERED CLAIM?

- Claims for workers' compensation benefits, except for claims of retaliation.

- Claims for benefits under a written employee pension or welfare benefit plan, including claims covered under ERISA.

- Claims for unemployment compensation benefits.

- Criminal charges.

- Matters within the jurisdiction of the National Labor Relations Board.

## GAMESTOP C.A.R.E.S. PROCEDURES

Any Covered Claim between the Company and you must be resolved through the procedures described in the following steps.

## STEP 1: OPEN DOOR POLICY

If you have a workplace dispute or claim arising out of or in any way related with your employment or application for employment with the Company, you may, but do not have to, begin the dispute resolution process by reviewing the dispute with your supervisor. GameStop encourages employees to initiate the discussion of all workplace issues with their supervisor in an open and frank discussion of the situation. You are free to contact and involve your Human Resource representative at this stage as well. Most all workplace issues

are usually resolved in this manner.    Applicants should contact the Human Resources representative for the location where they applied.

## STEP 2:  INTERNAL REVIEW

If you have a workplace dispute or claim arising out of or in any way related with your employment or application for employment with the Company and Step 1, which is optional, did not resolve it, you must proceed through the resolution process of GameStop C.A.R.E.S. by requesting Internal Review.  Step 2 Internal Review is a mandatory step prior to arbitration of a Covered Claim.  To request Internal Review, you must:

**1.      Complete an Internal Review Request Form** (A copy of the form is attached to these Rules).  Alternatively, you may include the following information in a letter:

- A description of the dispute, issue or claim.
- Your name, work location or store number and contact information.
- Your desired resolution of the dispute issue or claim.
- Your signature.

    **The description of the dispute, issue or claim should allow the GameStop C.A.R.E.S. ERO to have a clear understanding of the dispute.**

**2.      Return the completed form to the ERO by mailing or faxing it to: GameStop C.A.R.E.S. ERO, 625 Westport Parkway, Grapevine, Texas  76051; fax (817) 424-2800.**

The ERO may contact you for more information about the nature of the dispute and the factual background.  The ERO will conduct an appropriate investigation and a review of the issues involved.  Following this review, the ERO may attempt to find a mutually agreeable resolution.  If the dispute is not resolved by agreement, the ERO will make a decision and notify you in writing.

You should receive the ERO's decision within 30 days of the date the Internal Review Request form was received.  For Covered Claims, if no decision is received within 30 days or if the dispute is not resolved to your satisfaction in Step 2, you must submit the Covered Claim to Step 3, Binding Arbitration, if you wish to pursue it further.  For all other claims, the decision from Step 2, Internal Review, is final for purposes of the GameStop C.A.R.E.S. dispute resolution procedure.

### Deadline for Filing Request for Internal Review

The Internal Review Request Form must be received by the ERO within the time period allowed by law applicable to the Covered Claim at issue.  This is commonly referred to as a statute of limitations and is the period of time that is provided by law for bringing a claim.

### Charges Filed with the EEOC or State Agency

Some Covered Claims are claims that may be filed with the Equal Employment Opportunity Commission (EEOC) or an equivalent state agency, such as a claim for discrimination or harassment.  For these Covered Claims, you may either file a complaint with these agencies or proceed to use GameStop C.A.R.E.S.  If you choose to proceed directly to the GameStop

08/07                                     5

C.A.R.E.S. steps of internal review and arbitration, you will be asked to sign a voluntary waiver of the right to file charges with an agency. If you file a charge with the EEOC or equivalent state agency, you must file such a claim within the time period permitted by law after the date the alleged event occurred. The agency which receives the claim then has the right under applicable law to investigate the claim.   Once this investigation has been completed, the agency will make a determination. The agency may determine that there is not cause to believe that a law was violated and will issue to you a document known as a "Notice of Right-to-Sue" letter.  If the agency believes that there is cause to believe that a violation of law occurred, then the agency will proceed to see if the charge may be settled. If the charge is not settled, the agency may either sue the Company on your behalf or it will issue a "Notice of Right-to-Sue" letter.  If you receive this "Notice of Right-to-Sue" letter, under either circumstance, you must resolve the dispute through Step 3 of the GameStop C.A.R.E.S. **You must initiate the arbitration process as described below within 95 days after the date on the "Notice of Right-to-Sue" letter.**

## STEP 3:  ARBITRATION AND OPTIONAL NON-BINDING MEDIATION

If you are dissatisfied with the results of the Internal Review and the claim is a Covered Claim, you must initiate arbitration in order to pursue the matter further.   You initiate arbitration by following the process below:

**1.     Complete the Notice of Intent to Arbitrate Form** (a copy of the form is attached to these Rules). Alternatively, you may include the following information in a letter:

- The nature of the dispute, the date the disputed act occurred and a summary of the factual and general legal basis for the claim.
- Your name, work location or store number and contact information.
- The remedy sought, or the desired resolution of the dispute.
- Your signature.

**The nature of the claim must be specified so that all parties, including the arbitrator, have a clear understanding of the dispute.**

**2.     Submit one copy of the Notice of Intent to Arbitrate Form to the American Arbitration Association** (the "AAA") along with a check made payable to the AAA in the amount of $125 (your share of the arbitration service cost) to the appropriate case management center of the AAA certified or registered mail, return receipt requested.  The Company will pay to the AAA the balance of the arbitration fee.

If your state law does not allow for payment of a fee to access arbitration, the fee will be waived or, if you mistakenly send a fee payment, it will be refunded. The appropriate case management center of the AAA will be the case management center for the state in which you are located.  The contact information for the AAA case management center may be found on the AAA website at www.adr.org/Offices.

**3.     Send one copy of the Notice of Intent to Arbitrate Form to the GameStop C.A.R.E.S. ERO in Grapevine, Texas.** Notice sent to any other location will not be effective until the date it is received by the GameStop C.A.R.E.S. ERO.  The address is: GameStop C.A.R.E.S. ERO, 625 Westport Parkway, Grapevine, Texas  76051.

**4.    Keep a copy of the Notice of Intent to Arbitrate Form.**

**The filing of the Notice of Intent to Arbitrate initiates the arbitration process. You have the responsibility to initiate the process if you are bringing any Covered Claim against the Company. If you do not timely initiate Step 3, Notice of Intent to Arbitrate, as defined herein, you will forfeit the right to pursue the Covered Claim. If your dispute with the Company is not a Covered Claim, you will be informed by the Company of this fact and the dispute will not proceed to arbitration.**

The Company must initiate the arbitration process if it has a Covered Claim against an employee. Covered Claims that the Company may have against you must be submitted to the AAA and the employee on a Notice of Intent to Arbitrate within the time period allowed by law applicable to the Covered Claim. If the Company initiates the arbitration, the Company will pay the entire arbitration fee.

### Deadline for Filing Notice of Intent to Arbitrate

**Your Notice of intent to Arbitrate should be submitted within thirty (30) calendar days of the date of the decision at Step 2, or within sixty (60) days of submitting the Request for Internal Review if no decision is received. If you have pursued a claim with the EEOC or an equivalent state agency, you must file your Notice of Intent to Arbitrate within 95 days after the date on the "Notice of Right-to-Sue" letter. The Notice of Intent to Arbitrate must be received within the time period allowed by law applicable to the Covered Claim at issue, just as the requirement applies if you were proceeding in court. This is commonly referred to as a statute of limitations and is the period of time that is provided by law for bringing a claim. If you do not timely initiate Step 3, Notice of Intent to Arbitrate, the right to pursue the Covered Claim and have the dispute heard by an arbitrator will be lost.**

### Optional Mediation

Once a Notice of Intent to Arbitrate is filed, but prior to the scheduling of the date for the arbitration hearing, either you or the Company may elect to submit the dispute to nonbinding mediation. If the Company initiates mediation, the Company will pay the entire cost of the mediation. Mediation is required only if you or the Company decides to pursue mediation. Mediation does not affect either party's right to arbitrate unless both parties agree to resolve the issue on a mutually agreeable basis at the mediation. The mediator does not have authority to decide the dispute. The mediator's role is to assist the parties to see if a mutually acceptable resolution may be found prior to proceeding to binding arbitration. If you, at your sole discretion, initiate mediation, you will be responsible for one-half of the cost of mediation as set out in the Mediation Procedures below. Notice of a desire to refer the dispute to mediation must be delivered in writing by the party initiating the mediation to the other party and to the AAA. After the date for the arbitration hearing is set, the dispute may be referred to mediation only if both parties agree to mediate and upon the allocation of the cost of such mediation.

Nonbinding mediation is an attempt by the parties to resolve their dispute with the aid of a neutral third party not employed by the Company. The mediator's role is advisory. The mediator may offer suggestions and question the parties, but resolution of the dispute rests

with the parties themselves. Nonbinding mediation is a process that seeks to find common ground for the voluntary settlement of covered claims. Proceedings at the nonbinding mediation level are confidential and private.

The mediator may meet with the parties jointly or separately in order to facilitate settlement. While there is some variation among the methods of different mediators, most mediations begin with a joint meeting of both parties and the mediator. The mediator normally gives each party an opportunity to explain the dispute, including the reasons that support each party's position. The joint session is followed by private, confidential caucuses between the mediator and each party.

If you have questions about the mediation process or about the potential cost of mediation, please contact the AAA.

## MEDIATION AND ARBITRATION PROCEDURES

### Mediation Procedures

**1.    Selection of a Mediator.**  You and the Company will select a mediator by agreement from a list supplied by the AAA.  Upon agreement, the Company will notify the AAA of the name of the selected mediator and the AAA will appoint the mediator.  If you and the Company cannot agree to the selection of a mediator, the AAA will appoint a mediator in accordance with its procedures.

**2.    Qualifications of Mediators.**    In addition to not having any financial or personal interest in the result of the mediation, mediators shall have a minimum of five years' experience in the practice of employment law or in the mediation of employment claims or comparable experience.

**3.    Date, Time, and Place of Mediation.**    The parties may agree on a date, time and place for the mediation.  However, if the parties fail to agree before the appointment of the mediator, the mediator shall schedule the mediation on a normal business day during normal business hours, no later than 30 calendar days after the date of the mediator's appointment. Unless the parties agree otherwise, the mediation shall take place within 25 miles of the employee's work location.

**4.    Summary of Disputed Issues.**  At least 10 calendar days prior to the scheduled mediation, each party shall provide the mediator with a brief written summary of the dispute setting forth the party's position concerning all claims.

**5.    Attendees at Mediation.**  Either party may be assisted or represented by counsel. You must notify the Company 14 days prior to the mediation whether you will have an attorney present.  The mediation shall be a private meeting of the parties and the mediator. Without the written agreement of both parties, no one may attend the mediation except the mediator, you, your attorney, and/or the Company's attorney and management personnel.

**6.    No Stenographic Record or Electronic Recording.** Neither you, the Company, nor anyone else may make a formal record or transcript, or use any electronic recording device at the mediation. However, both parties may make handwritten notes during the mediation.

08/07                                                    8

**7.    Costs and Fees.**    If the Company has initiated the mediation, the Company will pay (1) any administrative fees charged by the AAA; (2) the mediator's fee and reasonable travel expenses; (3) the cost of renting mediation rooms; and (4) the employee's salary or hourly wage, if still employed by the Company, for the time spent at the mediation.    If you initiate mediation, you and the Company shall share equally the cost of (1), (2) and (3) and the Company shall be responsible for (4), unless you and the company agree otherwise.    In either case, the parties shall each pay their own attorneys' fees if they elect to be represented.

**8.    Failed Mediation.**  If the parties are unable to resolve the dispute, the mediator shall give written notice to the AAA that the matter was not resolved and the matter will then proceed to arbitration.

**9.    Confidentiality.**  Unless the parties agree in writing otherwise, the mediation will be conducted on a confidential basis so as to encourage full and frank disclosure.    Any documents, settlement offers or proposals, and other information shared or exchanged as part of the mediation process will be kept confidential, will be used solely for the purpose of the mediation, and will not be admissible in any arbitration or other legal proceeding.

## Arbitration Procedures

**1.    Selection and Appointment of the Arbitrator.**  You and the Company will receive a list of seven neutral arbitrators from the AAA who have expertise in employment law and are licensed to practice law.    The AAA, to the extent possible, will provide lists which include a diverse group of arbitrators.

You and the Company will choose an arbitrator from the list sent by the AAA by using the alternative strike process.  If the first list is not acceptable, you or the Company can request a second and then a third list.  If either party wishes to reject the first or second list, they must notify the other party or the AAA within 10 days of the date the list was mailed or they waive the right of rejection.  If the first two lists are rejected, an arbitrator must be selected from the third and final list.

Whichever list is used, the parties will select the arbitrator by exercising alternating strikes with the party requesting arbitration striking first until only one arbitrator remains on the list. This remaining arbitrator will be the arbitrator selected to hear the dispute.  If either party fails or refuses to exercise its strikes, the other party selects the arbitrator.

The alternative strike selection process must be completed within 15 days of the date the date the list was mailed to the parties, unless the parties mutually agree to extend the time period.  The alternative strike process shall be done in a telephone conference between the parties and the AAA administrator.  Immediately after an arbitrator is selected, the AAA shall notify the selected arbitrator of the appointment.

The arbitrator cannot have any personal or financial interest in the dispute.  Before accepting the appointment, the arbitrator will be required to disclose to the AAA any information which may prevent a prompt hearing or create an appearance of bias.  If any such information is presented to the AAA, the AAA will communicate that information to you and the Company. Depending on the response of the parties, the AAA may disqualify that person.

08/07                                             9

If the selected individual elects not to serve, is disqualified or is unable to serve, another list of seven arbitrators will be provided. You and the Company will then select an arbitrator from a new list supplied by the AAA using the alternate striking process as described above.

**2.    Representation.**    Both parties may be represented by counsel or may choose to represent themselves.

**3.    Date, Time and Place of the Hearing.**    The arbitrator sets the date, time and place of the hearing. Unless the parties agree otherwise, the arbitration shall take place within 25 miles of your work location.

For any arbitration or preliminary hearing on the merits of the dispute, the arbitrator will give the parties at least 30 days advance notice, unless the parties and the arbitrator agree to less notice. The arbitrator decides the amount of notice to be given for preliminary hearings on matters not related to the merits of the dispute.

**4.    Conferences.**    The arbitrator may either initiate or decide upon the request of a party to hold conferences in advance of the hearing. These conferences may be set by the arbitrator to be heard by telephone, in person or by written submission to discuss and decide any matter that will expedite the hearing, including:

- Clarification of issues.
- Determination of preliminary issues, including dispositive legal issues.
- Discovery.
- The time and location of hearings or conferences.
- Pre- or post-hearing memoranda.
- Stipulations.
- Encouraging settlements (offers to settle are not admissible and will be given no weight by the arbitrator).

**5.    Pre-Hearing Discovery.**    Upon the request of the responding party, the arbitrator may require the initiating party to provide a more specific statement of claims so as to fairly apprise the other party of the facts and circumstances of the dispute, the individuals and dates involved, the legal claims, and the remedy sought.

Upon request to the arbitrator, the parties can require each other to:

- Provide relevant documents.
- Answer written questions.
- Ensure the attendance of and ask questions of witnesses relevant to the dispute (including any expert witnesses) under oath at depositions.

The parties are each entitled to know who the other's witnesses will be and to see all relevant documents before the arbitration hearing. Before the hearing, the arbitrator will require you and the Company to submit to each other in writing (by the dates selected by the arbitrator) the names and addresses of any witnesses to be called, documents to be presented and a list of all exhibits to be used at the hearing.

The arbitrator may decide the form, amount and frequency of discovery permitted before the hearing, giving due consideration to:

- The proof requirements imposed by the law on the party making the claim or defense.
- The parties' desire for a quick and cost effective alternative to courtroom litigation.
- Any other factors the arbitrator believes appropriate.

Pre-hearing discovery may take any form allowed by the Federal Rules of Civil Procedure, subject to any restrictions the arbitrator imposes to meet the objectives of the arbitration process.

**6.    Motions.**    The arbitrator may grant any motion permitted by the Federal Rules of Civil Procedure, including a motion to compel discovery, a motion to dismiss and/or a motion for summary judgment.  In ruling on any such motion, the arbitrator will apply the standard governing such motions under the Federal Rules of Civil Procedure.

**7.    Attendance at Hearings.**  The arbitrator will maintain the privacy of the arbitration hearings unless applicable law provides otherwise.  The arbitrator shall determine any issue as to whether a person may attend.  The arbitrator may exclude any person, other than you, your attorney, the Company representative(s), or the Company's attorney, during the testimony of any other witness.

**8.    Postponement.**  The arbitrator may postpone any hearing or conference if either of the parties provides a good reason, or if the parties agree to postpone the hearing.

**9.    Oaths and Affirmations.**  Before the first hearing, the arbitrator may take an oath of office and must do so if required by law.  All witnesses shall testify under oath or by affirmation administered by a qualified person.

**10.    Hearing Procedures.**    The arbitrator determines whether evidence is relevant, material and admissible.  The Federal Rules of Evidence govern the rules of evidence for the arbitration (although strict conformity to legal rules is not necessary) and will be used to determine the admissibility of specific evidence.  The arbitrator must apply the burden of proof the same way it would be assigned and applied by a court in litigation of a similar dispute.  The arbitrator will conduct the hearing in the manner that will most quickly allow full presentation of the evidence and arguments.  If the employee requests arbitration, the employee will ordinarily present their side first because the employee bears the overall burden of proof.  However, the arbitrator can allow, or the parties can agree, to have witnesses or evidence presented out of sequence.

All arguments, statements and testimony made at any phase of the arbitration are privileged and will not become the basis for any defamation claim.

The arbitrator may proceed with the hearing if any party fails to be present or to obtain a postponement after due notice.  The arbitrator may require any party who is present to submit evidence for the making of the award.  The arbitrator may enter a default judgment if warranted against any party who fails to attend.

When the arbitrator is satisfied that the record is complete, he or she declares the hearing closed and records that declaration. The hearing may be reopened only by motion of a party on grounds that would support the granting of a new trial.

**11.    Post-Hearing Briefs.**  Upon request by either party at the close of the arbitration hearing, the parties may file post-hearing briefs.  The arbitrator will set the time for filing such briefs.

**12.    Waiver of Procedures.**  If the parties believe any of these procedures have not been followed, you must promptly object or you will waive your objection.

**13.    Service of Papers.**  Unless otherwise instructed by the AAA or by the arbitrator, any documents submitted by any party to the AAA or to the arbitrator shall simultaneously be provided to the other party or parties to the arbitration.

**14.    Communication with the Arbitrator.**  Personal communication between the arbitrator and only the employee or only the Company is not allowed.  Any motions, pleadings or oral or written communications from either party to the arbitrator must be in the presence of or copied to the other party, unless the parties agree otherwise.  The arbitrator will notify the parties of the mailing address to be used for submissions to the arbitrator.

**15.    Decision of the Arbitrator.**  The arbitrator will issue a written decision within 30 days from the later of: the closing of the hearing, the date of the last post hearing brief, or the closing of a reopened hearing, unless you and the Company agree otherwise.  The decision will be in writing and signed by the arbitrator in the form typically used in employment arbitrations.  The written decision will include the reasons for the decision (including findings of fact and conclusions of law) and the precise award or remedy granted, if any.  The results of the arbitration are confidential.  In all cases, the decision of the arbitrator is final and binding, subject to review only under circumstances permitted by applicable law.

**16.    Confidentiality.**  The parties will have access throughout the arbitration proceedings to information that may be sensitive to the other party.  Information disclosed by the parties or witnesses shall remain confidential.  All records, reports or other documents disclosed by either party shall be confidential.  The results of the arbitration, including any award, are confidential.

**17.    Interpretation and Application of these Rules.**  The arbitrator interprets and applies these Rules as they relate to the arbitrator's powers and duties.

**18.    Applicable Law and Arbitrator's Authority.**  Except where otherwise noted in these Rules, the arbitrator will apply the state or federal substantive law which would be applied by a United States District Court sitting where events giving rise to the claim took place.  The arbitrator has the authority to interpret and apply federal, state and/or local statutes and common law which govern your and the Company's respective claims and defenses.  The arbitrator does not have the authority to enlarge upon or add to, subtract from or disregard, or otherwise alter your or the Company's rights under such laws.

**19.    Optional Expenses and Refund of Fee.**  If the arbitrator finds totally in your favor, the Company will reimburse the $125 arbitration fee to you.  In addition to the arbitration fee, you

08/07                                        12

may also have expenses which are your responsibility to pay, but only if you decide to incur the costs. Examples include:

- Your own attorney fees, if you choose to have legal representation,
- Any costs for witnesses you decide to call (other than Company management witnesses),
- Any costs to produce evidence that you request, or
- A stenographic record of the proceedings.

If the arbitrator rules in your favor on a claim under which fees and costs can be granted under law, then the arbitrator has the same authority as a judge to award reasonable attorneys' fees and other costs to you. Likewise, if the arbitrator rules in the Company's favor on a claim under which fees and costs can be granted under law, then the arbitrator has the same authority as a judge to award reasonable attorneys' fees and other costs to the Company.

## MISCELLANEOUS PROCEDURAL MATTERS.

- The arbitrator must interpret these Rules to secure a speedy and cost effective resolution of the arbitration. The arbitrator has no authority to decide upon the validity of the class action, collective or representative action waiver.

- Unless these Rules provide otherwise, any arbitration will be conducted according to the most current Employment Dispute Resolution Procedures of the AAA.

- If there is a difference between these Rules and the AAA Employment Dispute Resolution Procedures, these Rules will apply. The parties agree that the Company operates in interstate commerce. Therefore, it is agreed that GameStop C.A.R.E.S. is an agreement to arbitrate pursuant to the Federal Arbitration Act, 9 U.S.C. Sections 1-14, or if that Act is held to be inapplicable for any reason, the arbitration law in the state of Texas will apply.

- Procedures not addressed by these Rules or the AAA Employment Dispute Resolution Procedures will be resolved by agreement of the parties. If the parties are unable to agree, the procedural issue will be determined by the arbitrator.

- If there are conflicts between the requirements of GameStop C.A.R.E.S. and other Company publications or statements by Company representatives, the provisions of these Rules are controlling. These Rules constitute the sole agreement between the Company and its employees concerning the requirements of GameStop C.A.R.E.S. and, except as provided in the Scope of GameStop C.A.R.E.S. section above, may not be modified by written or oral statements of any Company representative.

- Any procedural matters not addressed by these Rules, and on which the parties cannot agree, will be determined by the arbitrator. The arbitrator cannot,

however, deviate from the requirements of these Rules, particularly those stated in the section on applicable law.

## CALIFORNIA EMPLOYEES

GameStop employees in California have the option to forgo the benefits of the GameStop C.A.R.E.S. Rules if they so choose. In order to opt out of the Rules, California employees must send notice to GameStop within sixty (60) days of the Effective Date of the program or, for employees hired after the Effective Date of the Rules, within sixty (60) days of the start of their employment, that they do not want to be covered by the Rules. Notice must be sent by certified mail to GameStop C.A.R.E.S. ERO, 625 Westport Parkway, Grapevine, Texas 76051.

## JUDICIAL PROCEEDINGS AND EXCLUSION OF LIABILITY.

- Neither the AAA nor any arbitrator is a necessary party in any judicial proceeding relating to the proceedings under these Rules.

- Neither the AAA nor any arbitrator will be liable to any party for any act or omission in connection with any arbitration within the scope of these Rules.

- You and the Company will be deemed to have consented that judgment upon the arbitration award may be entered and enforced in any federal or state court having jurisdiction.

- Initiation of, participation in, or removal of a legal proceeding does not constitute waiver of the right or obligation to arbitrate under these Rules.

## ENFORCEMENT.

Any dispute concerning these Rules, whether as to applicability, meaning, enforceability, or any claim that all or part of the Rules is void or voidable (except any dispute regarding the validity of the class action, collective action or representative action waiver contained in these Rules), is subject to arbitration under these Rules. Either you or the Company may bring an action in court to compel arbitration, to enforce an arbitration award, or to dismiss any lawsuit seeking to resolve disputes that are covered by these Rules.

## DEFINITIONS.

"GameStop" or the "Company" means GameStop, Inc., GameStop Texas, L.P. and Sunrise Publications, Inc., and all present and past subsidiaries, and affiliated companies, all Retirement, Pension and Benefit committees and its officers, directors, fellow employees, managers, supervisors and all agents in their personal or official capacities.

The "employee" or "you" means any employee, former employee, or applicant for employment, of the Company in the U.S. and Puerto Rico on or after the Effective Date.

The "parties" means both GameStop and the employee as noted above.

"Effective Date" is the date announced by GameStop as the effective date of the Rules.

### INTERNAL REVIEW REQUEST FORM

**Name:** _____     **Store Number (if applicable):** _____

**SSN:** _____     **Location:** _____

**Today's Date:** _____     **City & State:** _____

**THIS INTERNAL REVIEW REQUEST FORM MUST BE SENT TO THE GAMESTOP C.A.R.E.S. EXECUTIVE REVIEW OFFICER (ERO) AT THE ADDRESS BELOW WITHIN THE APPROPRIATE TIME PERIOD EXPLAINED IN THE GAMESTOP C.A.R.E.S. RULES OF DISPUTE RESOLUTION.**

**Please describe in detail the dispute and the reason(s) you are requesting review, including relevant factual information and a list of persons with knowledge of relevant facts. Use additional paper if needed.**

_____

_____

_____

_____

_____

_____

**Result You Wish To See Occur:**

_____

_____

_____

**What Steps Have You Taken to Resolve This Issue:**

_____

_____

_____

**Signature:** _____

**Please keep one copy of this form for your files. Return the completed form to the ERO by mailing or faxing it to: GameStop C.A.R.E.S. ERO, 625 Westport Parkway, Grapevine, Texas 76051; fax (817) 424-2800.**

## NOTICE OF INTENT TO ARBITRATE

Please be advised that I _____ (Your Name), intend to proceed to Arbitration under the GameStop C.A.R.E.S. Rules of Dispute Resolution.

Please provide the telephone number and address where you wish to be contacted:
Phone No. _____ Address: _____

_____

Enclose a check or money order payment of $125.00, if applicable, made out to the American Arbitration Association (AAA) with the form sent to the AAA.

**IN ORDER TO BE A TIMELY NOTICE OF INTENT TO ARBITRATE, THIS FORM MUST BE SENT AS DIRECTED BELOW WITHIN THE APPROPRIATE TIME PERIOD AS EXPLAINED IN THE RULES OF GAMESTOP C.A.R.E.S.**

Please set forth an account of your reasons for believing that your rights have been violated and the resolution or remedy you want. Attach additional pages if necessary.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Signature:** _____

**Printed Name:** _____

**Date:** _____ **SSN:** _____

**Store Number (if applicable)/Location:** _____

**Please keep one copy of this form for your files. Mail this form to the local AAA Case Management Center and one copy to GameStop C.A.R.E.S. ERO, 625 Westport Parkway, Grapevine, Texas 76051.**